IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
EASTERN DIVISION

AVERY WAYNE JOHNSTON                                                             PLAINTIFF
ADC #150809

v.                           CASE NO. 2:17-CV-00060 BSM

J. CHANEY, et al.                                                                DEFENDANTS

## ORDER

The partial recommended disposition ("PRD") submitted by United States Magistrate Judge Beth Deere [Doc. No. 7] and plaintiff Avery Wayne Johnston's objections [Doc. Nos. 9, 10, 19] have been reviewed. After reviewing the record, the PRD is adopted.

Accordingly, Johnston's claims against defendants Danny Burl and Ray Hobbs are dismissed without prejudice.

IT IS SO ORDERED this 1st day of August 2017.

_____
UNITED STATES DISTRICT JUDGE