IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
EASTERN DIVISION

**AVERY WAYNE JOHNSTON** **PLAINTIFF**
**ADC #150809**

v. CASE NO. 2:17-CV-00060 BSM

**J. CHANEY, et al.** **DEFENDANTS**

## ORDER

The partial recommended disposition submitted by United States Magistrate Judge Beth Deere [Doc. No. 36] and plaintiff Johnston's objections [Doc. No. 49] have been reviewed. After *de novo* review of the record, the partial recommended disposition is adopted in its entirety. Accordingly, Johnston's motion for a preliminary injunction [Doc. No. 24] is denied.

IT IS SO ORDERED this 3rd day of November 2017.

_____
UNITED STATES DISTRICT JUDGE